IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   10-cv-02809-REB-CBS

STANDLEY LAKE CONDOMINIUM ASSOCIATION,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY OF AMERICA,

    Defendant.

---

**ORDER**

---

This matter having come before the Court on the plaintiff's Unopposed Motion to Amend the Caption (doc. No. 12), and the Court being fully advised, it is hereby ORDERED that the instant motion is granted. Accordingly, it is further

ORDERED:

1.    The caption is amended to name the defendant as The Travelers Indemnity Company, a Connecticut corporation;

2.    The Clerk of Court is directed to so amend the caption;

3.    All references in the Complaint to "The Travelers Indemnity Company of America" are deemed to mean "The Travelers Indemnity Company".

SO ORDERED this 18th day of January, 2011.

                        BY THE COURT:

                        s/Craig B. Shaffer
                        United States Magistrate Judge