**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No. 10-cv-02809-REB-CBS

STANDLEY LAKE CONDOMINIUM ASSOCIATION, INC., a Colorado non-profit corporation,

    Plaintiff,

v.

THE TRAVELERS INDEMNITY COMPANY, a Connecticut corporation,

    Defendant.

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter is before me on the **Stipulation For Dismissal With Prejudice** [#23][1] filed June 27, 2011. After reviewing the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation For Dismissal With Prejudice** [#23] filed June 24, 2011, is **APPROVED**;

2. That the Trial Preparation Conference set for January 20, 2012, is **VACATED**;

3. That the jury trial set to commence February 6, 2012, is **VACATED**; and

---

[1] "[#23]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's electronic case filing and management system (CM/ECF). I use this convention throughout this order.

2

4.  That this action is **DISMISSED WITH PREJUDICE** with the parties to pay their own attorney fees and costs.

Dated June 27, 2011, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

2